Douglas S. Parker, ABA No. 8311168
dparker@littler.com
LITTLER MENDELSON, P.C.
121 SW Morrison St., Suite 900
Portland, OR 97204
Telephone: 503.221.0309
Fax No.: 503.242.2457

Attorneys for Defendant
Shaw Infrastructure, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAUL BLAKESLEE,<br><br>           Plaintiff,<br><br>           v.<br><br>SHAW INFRASTRUCTURE, INC.<br><br>           Defendant. | Case No.<br><br>Superior Court Case No. 3AN-09-10472 Civil<br><br>**NOTICE OF REMOVAL OF ACTION TO FEDERAL DISTRICT COURT (DIVERSITY)** |

**PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. §§ 1441 and 1446, Shaw

Infrastructure, Inc., a Louisiana corporation ("Defendant"), by filing this Notice of Removal and

related papers, removes this action from the Superior Court, Third Judicial District of the State of

Alaska ("Superior Court") to the United States District Court for the District of Alaska.

Defendant states in support of its removal the following

### NOTICE OF REMOVAL IS TIMELY

1.      On or about September 25, 2009, Paul Blakeslee ("Plaintiff") commenced a civil

action against defendant in the Superior Court entitled *Paul Blakeslee v. Shaw Infrastructure,*

*Inc.,* Case No. 3AN-09-10472 Civil. Pursuant to 28 U.S.C. § 1446(a), all state court papers

PAGE 1 — **NOTICE OF REMOVAL OF ACTION TO FEDERAL DISTRICT COURT (DIVERSITY)**

Case 3:09-cv-00214-SLG   Document 1   Filed 10/26/09   Page 1 of 4

served on Defendant at the time of the removal, consisting of a Summons, Notice to Both Parties of Judicial Assignment, Complaint, Notice of Change of Judge, and Amended Complaint are attached hereto as **Attachment A**. By signing this Notice of Removal, counsel for Defendant verifies that the items attached hereto are true and complete copies of all the records and proceedings in the state court proceeding.

2.      This Notice of Removal is timely filed under 28 U.S.C. §1446(b), which provides that a Notice of Removal must be filed within 30 days after a defendant receives, by service or otherwise, the initial pleading. On or about September 28, 2009, Plaintiff served a copy of the Complaint on Defendant via certified mail postmarked September 25, 2009. Therefore, this Notice of Removal is timely filed.

3.      No further proceedings have been had in the Superior Court as of the date of filing this removal.

## DIVERSITY JURISDICTION EXISTS

4.      This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332. This action may be removed pursuant to 28 U.S.C. § 1441 because the action involves a controversy between citizens of different states. Defendant is not a citizen of Alaska and the amount in controversy exceeds $75,000, exclusive of interest and costs.

5.      Plaintiff, upon information and belief, was when he filed his Complaint, and is now, a citizen and resident of the State of Alaska. First Amd. Compl. ¶ 1.

6.      Defendant was when Plaintiff filed his Complaint, and is now, incorporated under the laws of Louisiana, with its principal place of business in Baton Rouge.

7.      Plaintiff alleges economic and non-economic damages of more than $75,000, exclusive of interest and costs. First Amd. Compl. ¶¶ 25, 30, 41-34.

PAGE 2 — **NOTICE OF REMOVAL OF ACTION TO FEDERAL DISTRICT COURT (DIVERSITY)**

LITTLER MENDELSON, PC
121 SW Morrison St., Suite 900
Portland, OR 97204
Telephone: 503.221.0309
Facsimile: 503.242.2457

## REMOVAL TO THIS DISTRICT IS PROPER

8. Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removal of the above-captioned state court action to this court is appropriate.

9. Pursuant to 28 U.S.C. §§ 1441(a), removal is made to this Court as the District and Division embracing the place where the state court action is pending.

10. Defendant has good and sufficient defenses to this action and does not waive any defenses, jurisdictional or otherwise, by filing this Notice of Removal.

11. Defendant is providing to Plaintiff, through his counsel, written notice of the filing of this Notice of Removal. Furthermore, Defendant is filing a copy of this Notice of Removal with the Clerk of the Superior Court where the action is currently pending.

Dated: October 26, 2009

LITTLER MENDELSON, P.C.

Douglas S. Parker, ABA No. 8311168
dparker@littler.com

Attorneys for Defendant
Shaw Infrastructure, Inc.

LITTLER MENDELSON, PC
121 SW Morrison St., Suite 900
Portland, OR 97204
Telephone: 503.221.0309
Facsimile: 503.242.2457

Case 3:09-cv-00214-SLG   Document 1   Filed 10/26/09   Page 3 of 4

**CERTIFICATE OF SERVICE**

I hereby certify that on 26th day of
October, 2009, a true and correct copy
of the foregoing document to be served on:

Howard S. Trickey
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorate, AK 99503

By ☐ Hand   ☒ Mail   ☐ Fax

_Laura M Lucero_
Laura Lucero, Legal Assistant


Firmwide:92584586.1 040501.1000

LITTLER MENDELSON, PC
121 SW Morrison St., Suite 900
Portland, OR 97204
Telephone: 503.221.0309
Facsimile: 503.242.2457

Case 3:09-cv-00214-SLG   Document 1   Filed 10/26/09   Page 4 of 4