IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

PAUL BLAKESLEE,

                Plaintiff,

v.

SHAW INFRASTRUCTURE, INC.,

                Defendant.

Case No. 3:09-cv-00214-SLG

## SPECIAL VERDICT FORM

We, the jury in the above-entitled case, find the following special verdict submitted to us in the above-captioned case:

## QUESTION 1

Was Mr. Blakeslee's employment terminated in retaliation for activity that was protected under the False Claims Act?

Answer "yes" or "no": __Yes__

*If you answer "no" to Question 1, proceed directly to Question 3. Do **not** answer Question 2.*

*If you answer "yes" to Question 1, proceed to Question 2.*

## QUESTION 2

Would Mr. Blakeslee's employment have been terminated on or about October 6, 2008 regardless of protected activity under the False Claims Act?

Answer "yes" or "no": __No__

*Proceed to Question 3.*

# QUESTION 3

Was Mr. Blakeslee's age a motivating factor in Shaw's decision to terminate his employment?

Answer "yes" or "no": _Yes_

*If you answer "no" to Question 3, proceed directly to Question 5. Do **not** answer Question 4.*

*If you answer "yes" to Question 3, proceed to Question 4.*

## QUESTION 4

Would Mr. Blakeslee's employment have been terminated on or about October 6, 2008 regardless of his age?

Answer "yes" or "no": **No**

*Proceed to Question 5.*

## QUESTION 5

Was Mr. Blakeslee's employment terminated in retaliation for engaging in the protected activity of opposing age discrimination in the workplace?

Answer "yes" or "no": ___Yes___

*If you answer "no" to Question 5, proceed directly to Question 7. Do **not** answer Question 6.*

*If you answer "yes" to Question 5, proceed to Question 6.*

## QUESTION 6

Would Mr. Blakeslee's employment have been terminated on or about October 6, 2008 regardless of the protected activity of opposing age discrimination?

Answer "yes" or "no": _____No_____

*Proceed to Question 7.*

## QUESTION 7

Was Mr. Blakeslee's employment terminated in violation of the implied covenant of good faith and fair dealing?

Answer "yes" or "no": ___Yes___

*Proceed to Question 8.*

## QUESTION 8

*If you answered any of the following:*

- *"yes" to Question 1 and "no" to Question 2, **or***
- *"yes" to Question 3 and "no" to Question 4, **or***
- *"yes" to Question 5 and "no" to Question 6, **or***
- *"yes" to Question 7,*

then you **must** answer this question. Otherwise, do **not** answer any further questions. Your foreperson should date and sign the final page of this verdict form.

You must now determine the amount of wage loss to Mr. Blakeslee.

(a) Past wage loss:   $373,953—

(b) Future wage loss: $ 71,621—

(c) TOTAL:           $ 445,574—

*Proceed to Question 9.*

## QUESTION 9

*If you answered any of the following:*

- *"yes" to Question 3 and "no" to Question 4,* ***or***
- *"yes" to Question 5 and "no" to Question 6,*

*then you **must** answer this question. Otherwise, do **not** answer any further questions. Your foreperson should date and sign the final page of this verdict form.*

You must now determine the amount of non-economic damages, if any, to Mr. Blakeslee.

(a) Past non-economic loss: $486,458

(b) Future non-economic loss: $0

(c) TOTAL: $486,458

*Your foreperson should date and sign the final page of this verdict form.*

DATED: March 19, 2013

_Juror #7 Signature Redacted_

Jury Foreperson