**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

PAUL BLAKESLEE,
    Plaintiff,

Case Number 3:09-cv-00214-SLG

v.

SHAW ENVIRONMENTAL AND
INFRASTRUCTURE, INC.,
    Defendant.    **AMENDED JUDGMENT IN A CIVIL CASE**

__XX__ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED:

    THAT Plaintiff Paul Blakeslee, recover of defendant Shaw Environmental and Infrastructure, Inc., past wage loss in the amount of $373,953.00, future wage loss in the amount of $71,621.00, for a total wage loss amount of $445,574.00; past non-economic damages in the total amount of $486,458.00; and punitive damages in the total amount of $_____\* together with prejudgment interest in the amount of $_____, attorney's fees in the amount of $_____ and plaintiff's cost of action in the amount of $_____ for a total judgment of $_____ with post judgment interest thereon at the rate of __0.15__ % as provided by law.

It is further ordered that 50% of the punitive damages award shall be deposited into the general fund of the State of Alaska.

APPROVED:

S/SHARON L. GLEASON
United States District Judge

Date: May 9, 2013

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

    Marvel Hansbraugh
    Marvel Hansbraugh,
    Clerk of Court

\*To be determined; see Alaska Statute 09.17.020(h)

[Blakeslee Prop Judgment.wpd Amended.wpd]{JMT2.WPT\*Rev.3/03}