Howard S. Trickey
Matthew Singer
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Phone: 907-563-8844
Fax: 907-563-7322

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAUL BLAKESLEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SHAW ENVIRONMENTAL AND ) | |
| INFRASTRUCTURE, INC., ) | |
| ) | |
| Defendant. ) | |
| ) Case No. 3:09-cv-00214-SLG | |

## **NOTICE OF PENDING SETTLEMENT**

The parties have a reached a settlement and are finalizing the settlement paperwork. Consequently, there will be no need to file anything in response to paragraph 4 of the Court's Order at Docket 457.

Respectfully submitted this 12th day of November, 2013.

        JERMAIN DUNNAGAN & OWENS, P.C.
        Attorneys for Plaintiff

        By: *s/Matthew Singer*
            Matthew Singer
            Alaska Bar No. 9911072
            msinger@jdolaw.com

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

By: *s/Howard S. Trickey*
Howard S. Trickey
Alaska Bar No. 7610138
htrickey@jdolaw.com
3000 A Street, Suite 300
Anchorage, AK 99503
Phone: 907-563-8844
Fax: 907-563-7322

LITTLER MENDELSON
Attorneys for Defendant

By: */s/ Douglas S. Parker*
Douglas S. Parker
Alaska Bar No. 8311168
dparker@littler.com
121 SW Morrison Street, Suite 900
Portland, OR 97404
Phone: 503.221.0309
Fax: 503.242.2457

By: */s/ Kerry E. Notestine*
Kerry E. Notestine (*pro hac vice*)
knotestine@littler.com
1301 McKinney Street, Suite 1900
Houston, TX 77010
Phone: 713−951−9400
Fax: 713−951−9212

MICHAEL C. GERAGHTY
ATTORNEY GENERAL
Attorney for Intervenor State of Alaska

By: *s/ Jonathan A. Woodman*
Jonathan A. Woodman
Alaska Bar No. 0004008
Jonathan.Woodman@alaska.gov
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5190
Fax: (907) 258-0760

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2013, a true and correct copy of the foregoing document was served electronically on the following counsel of record:

| | |
|---|---|
| Douglas S. Parker<br>Littler Mendelson, P.C.<br>dparker@littler.com | Kerry E. Notestine<br>Littler Mendelson, P.C. (Texas)<br>knotestine@littler.com |
| Sean Halloran<br>Littler Mendelson, P.C.<br>shalloran@littler.com | Henry Lederman<br>Littler Mendelson (California)<br>hlederman@littler.com |
| Kelley R. Edwards<br>Littler Mendelson, P.C. (Texas)<br>kedwards@littler.com | Jonathan A. Woodman<br>Assistant Attorney General<br>Office of the Attorney General<br>Jonathan.Woodman@alaska.gov |

    s/*Matthew Singer*

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

NOTICE OF PENDING SETTLEMENT PAGE 3
*BLAKESLEE v. SHAW ENVIRONMENTAL AND INFRASTRUCTURE, INC.* CASE NO. 3:09-CV-00214-SLG

Case 3:09-cv-00214-SLG   Document 461   Filed 11/13/13   Page 3 of 3